# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **JUSTINE RAY MANUEL**<br>**DOC # 00581477** | **CIVIL ACTION NO. 2:17-CV-1099** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE ROBERT G. JAMES** |
| **JUDY ANN MANUEL, ET AL.** | |
| | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 13] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims asserted under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(A) as frivolous.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, to the extent the Plaintiff intends to assert any claims under state law, such claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE